UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

A.A.,

Plaintiff,

v.

ALEX HELM,

Defendant.
_____________________________/

Case No. 4:25-cv-11194

F. Kay Behm
United States District Judge

**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF INSURANCE DOCUMENTS (ECF No. 54)**

On June 24, 2026, Plaintiff A.A. filed a motion to compel production of insurance documents. (ECF No. 54). Plaintiff says that Defendant Alex Helm, in his initial disclosures, indicated that insurance coverage existed and that the applicable policy would be produced later in the action, but despite that disclosure, Defendant has not produced the insurance policy or any other applicable document reflecting the available coverage. (*Id.*, PageID.1590).

In response, Defendant states that in his initial disclosures, he indicated only that "[a]ny applicable insurance agreement [would] be provided to Plaintiff under separate cover." (ECF No. 57, PageID.1608; ECF

No. 57-2, PageID.1624). However, Defendant says that no applicable agreements exist and there are no insurance agreements under which an insurance business may be liable to satisfy a possible judgment under Fed. R. Civ. P. 26(a)(1)(A)(iv), and that this has been communicated to Plaintiff's counsel via email. (ECF No. 57, PageID.1608; ECF No. 57-4). Plaintiff has filed no reply.

As Defendant has represented that no applicable policies exist, Plaintiff's motion to compel is **DENIED**. Defendant is, however, **ORDERED** to certify in writing **within 14 days of the date of this Order**, that no applicable policies exist for production.

**SO ORDERED.**

Date: October 22, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge